IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WHIRLPOOL CORPORATION, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:21-CV-00433-JRG-RSP |
| INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS THAT OWN OR OPERATE WWW.PURERDROP.COM, | § § § § § § | |
| *Defendants*. | § | |

## ORDER

Plaintiff Whirlpool Corporation previously filed a motion for default judgment. (Dkt. No. 15.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 18), recommending that the motion be granted. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, after *de novo* review, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that Whirlpool Corporation's motion for default judgment and permanent injunction (Dkt. No. 15), consistent with Whirlpool Corporation's proposed order attached as Dkt. No. 15-6 is **GRANTED**. A final judgment will follow.

**So ORDERED and SIGNED this 23rd day of December, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE